LORBER, GREENFIELD & POLITO, LLP
Steven M. Polito, Esq. [SBN 123223]
Codie C. Dukes, Esq. [SBN 234418]
13985 Stowe Drive
Poway, California 92064
TEL: (858) 513-1020 / FAX: (858) 513-1002
Spolito@lorberlaw.com /Cdukes@lorberlaw.com

Attorneys for Defendants RUBY'S DINER, INC.,
RUBY'S LAGUNA HILLS, LTD.,
And RUBY'S SOCAL DINERS, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NORA NOEL CANADAY, an individual<br><br>Plaintiff,<br><br>v.<br><br>RUBY'S DINER, INC., a California corporation; INTERSTATE MEAT CO., INC., a Nevada corporation; RUBY'S LAGUNA HILLS, LTD., a California limited partnership; RUBY'S SOCAL DINERS, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 8:17-cv-2143<br><br>**ORDER OF REMAND**<br><br>District Judge: James V. Selna<br>Magistrate: John D. Early |

## **ORDER**

Based on the parties Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that United States District Court for the Central District of California, Southern Division, case no. 8:17-cv-2143, is hereby remanded to the Superior Court of the State of California in and for the County of Orange.

**IT IS SO ORDERED.**

DATED: December 12, 2017

_____
Honorable James V. Selna
UNITED STATES DISTRICT JUDGE